FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG - 8 2019 ★

BROOKLYN OFFICE

CR 19-358
IRIZARRY, CH.J.
GOLD, M.J.

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: United States v. TAWANNA HILLIARD and TYQUAN HILLIARD

2. Related Magistrate Docket Number(s): n/a

3. Arrest Date: n/a

4. Nature of offense(s):   ☒ Felony
                           ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): Possibly related to USA v. Watson 18-cr-637

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings County
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?    ☒ Yes  ☐ No

10. Have arrest warrants been ordered?    ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?    ☐ Yes  ☒ No

RICHARD P. DONOGHUE
United States Attorney

By: _____
Jennifer M. Sasso
Drew G. Rolle
Nicholas J. Moscow
Assistant U.S. Attorneys
(718) 254-7000

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG -7 2019 ★

BROOKLYN OFFICE

CV 19-4588

IRIZARRY, CH.J.
GOLD, M.J.